IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01021-REB-MJW

SHARON MAROLF,

Plaintiff(s),

v.

CITY OF DELTA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Vacate Order Setting Scheduling Conference (Docket No. 7) is GRANTED finding good cause shown.  The parties have settled this case subject to the City Counsel of the City of Delta adopting a policy regrading the display of artwork at the recreation center.  Accordingly, the Rule 16 Scheduling Conference set on August 7, 2006, at 8:30 a.m., is VACATED.  The parties shall submit their stipulation for dismissal to Judge Blackburn on or before August 21, 2006, or show cause why this case should not be dismissed.

Date:  July 31, 2006