**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01021-REB-MJW

SHARON MAROLF,

     Plaintiff,

v.

CITY OF DELTA, and
WILMA ERVEN, in her official capacity as Culture & Recreation Director for the City of Delta,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Motion for Dismissal With Prejudice** [#10], filed August 11, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Dismissal With Prejudice** [#10], filed August 11, 2006, is **GRANTED**; and

2. That this action **IS DISMISSED WITH PREJUDICE**.

Dated August 16, 2006, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   **s/ Robert E. Blackburn**
                                                   **Robert E. Blackburn
                                                   United States District Judge**